# EXHIBIT A

# BYLAWS
## MAIN STREET ATHENS

ARTICLE ONE: NAME AND PURPOSE

Section 1.1 Name: The Main Street Athens Board (the "Board").

Section 1.2 Purpose: The Board is established for the purpose of administering the Main Street Athens program including (1) expanding the interest base/support group; (2) fund raising for the Main Street program or for special projects organized through Main Street, tapping local sources and federal and private grants and contributions; (3) work with building owners interested in Historic Preservation Tax Act Certification; (4) make recommendations as to Main Street program policy; (5) set the goals of the Main Street program; and (6) administer monies of the Main Street Fund.

ARTICLE TWO: MEMBERSHIP

Section 2.1 Number of members: The Board will be comprised of fourteen (14) members, which will constitute part of the voting body of the Board. The following positions shall be ex-officio members of the Board by virtue of their office: the President of the Downtown Business Association; the elected Mayor of McMinn County; the City of Athens City Manager, the Executive Director of the McMinn County Economic Development District, and the Chamber of Commerce CEO/President. All ex-officio members shall have full voting rights and privileges.

Section 2.2 Eligibility: Members of the Board shall represent public and private sector interests nominated and approved from the public at large.

Section 2.3 Appointment of Board Members: Members of the Board shall be appointed by the Main Street Athens Board. The Board Chair shall appoint from among the members of the Board a Nominating Committee in September of each year for the purpose of recommending Board members for election and officers for the Board. These nominations shall be made in November of each year to begin their respective terms of office the following January.

Section 2.4 Terms of Office: On the initial Board, four members shall serve one year terms, five members shall serve two year terms, and five members shall serve three year terms. The initial partial year will not be included as a term for purposes of counting consecutive terms. Thereafter, terms of office for each member shall be three (3) years. Generally, a member may serve no more than two (2) consecutive terms at a time without a break in service of at least one year. (Note: a listing of initial Board members and their terms is attached as exhibit A).

Section 2.5 Vacancies: Vacancies that occur during a term shall be filled as soon as reasonably possible on recommendation to the Main Street Athens Board of Directors by the Nominating Committee. That member shall continue to serve until the end of that appointed term. An appointment to fill a vacated term is not included as a term for purposes of counting consecutive terms.

Section 2.6 Compensation and Expenditure of Funds: Members serve without compensation. Though its budget is partially funded by the City of Athens, The Downtown Business Association, and the Chamber of Commerce, the Board and its members have no authority to expend funds or to incur or make an obligation on behalf of any of the above mentioned organizations.

Section 2.7 Compliance with City Policy: Members will comply with City ordinances, rules and policies applicable to the area designated "downtown" by the Main Street program and Board activities and meetings.


ARTICLE THREE: BOARD OFFICERS

Section 3.1 Officers: The Board officers are Chair, Vice-Chair, and Treasurer. The Board officers are elected by a majority vote of the members at the December meeting of the Board each year. The past Chair will remain on the Board for one year after their term has expired as Chair. A Recording Secretary shall be appointed and will be responsible for taking minutes.

Section 3.2 Terms of Office of Board Officers: Board officers serve for a term of one year. In the event of a vacancy in the office of Chair, the Vice-Chair shall serve as Chair until the expiration of the term. A vacancy in the other offices shall be elected by majority vote of the members at the next regularly scheduled meeting, or as soon as reasonably practical for the unexpired term. If possible, a Board Officer shall continue to serve until the vacancy is filled.

Section 3.3 Duties:
   a. The Chair shall preside at Board meetings. The Chair shall generally manage the business of the Board. The Chair shall perform any duties delegated to the Chair by the Board. The Chair will also work with the Main Street Director in coordination of the appointed committees.
   b. The Vice-Chair shall perform the duties delegated to the Vice-Chair by the Chair or by the Board. The Vice-Chair presides at Board meetings in the Chair's absence. The Vice-Chair shall perform the duties of the Chair in the Chair's absence or disability.
   c. The Treasurer shall perform the duties delegated to the Treasurer by the Board.

ARTICLE FOUR: MEETINGS

Section 4.1 Time and Date of Regular Meeting: The Board shall meet once a month on the same week of the month, the same day of the week, and at the same time of day. The regular date and time of the Board meeting shall be decided by the members at the first meeting of the Board in January and is subject to change, if deemed necessary, by a majority vote of the board. The press should always receive notification of the meetings.

Section 4.2 Agenda: Items may be placed on the agenda by the Chair, the Main Street Director or at the request of any member. Items to be included on the agenda should be submitted to the Director no later than one week before the Board meeting at which time the agenda item will be considered. The agenda shall be prepared by the Director for each meeting and sent to the members at least four (4) calendar days in advance of each meeting. The minutes of the previous meeting will be included.

Section 4.3 Special Meetings: Special meetings may be called by the Chair or three (3) members of the board.

Section 4.4 Quorum: A quorum shall consist of a majority of the members. A quorum is required for the Board to convene a meeting and to conduct any business at a meeting. (A majority of fourteen (14) members would equal eight (8) members).

Section 4.5 Conduct of Meeting: Board meetings shall be conducted in accordance with these By-laws.

Section 4.6 Voting: Each member shall vote on all agenda items. An agenda item must be approved by a majority vote of the Board members present at the meeting. No member of the board may vote by proxy. Voting by mail or email is allowed and shall be determined by the Board on a case by case basis.

Section 4.7 Minutes: Written minutes shall be made of all open sessions of Board meetings. The Main Street Director is the custodian of all Board records and documents.

Section 4.8 Attendance: Members should attend Board meetings prepared to discuss the issues on the agenda. A member should notify the Main Street Director if the member is unable to attend a meeting. Excessive absenteeism may result in the member being replaced on the Board. Excessive absenteeism means failure to attend at least 75% of regularly scheduled meetings. If a member is removed from the Board that position shall be considered vacant and a new member shall be appointed in accordance with these Bylaws.

Section 4.9 Public Participation: The public is welcome and invited to attend Board meetings and to speak on any item on the agenda. If any written materials are to be provided to the Board, a copy shall also be provided to the Main Street Director for inclusion in the minutes of the meeting.

ARTICLE FIVE: REPORTS TO CITY COUNCIL

Section 5.1 The Board or the officers thereof shall meet with the Mayor of the City of Athens, the President of the Downtown Business Association, and the CEO/President of the Chamber of Commerce as requested and the annual renewal report submitted for the Main Street Athens program will be provided to them when submitted to the National Main Street program for approval.

ARTICLE SIX: COMMITTEES AND SUBCOMMITTEES

Section 6.1 Formation: In keeping with the organizational structure of the National Main Street program, there are hereby established as permanent standing committees of Main Street Athens the following four committees: (1) Design Committee; (2) Organization Committee; (3) Promotion Committee; and (4) Economic Restructuring Committee. Their respective purposes and focus shall be as established in the National Main Street program. When deemed necessary by a majority of the Board, subcommittees may be formed for specific projects related to Board matters or business.

Section 6.2 Expenditure of Funds: No committee or subcommittee, or member of a committee or subcommittee, has the authority to expend funds or incur an obligation on behalf of the City of Athens, the Downtown Business Association, or the Athens Area Chamber of Commerce. Committee and subcommittee expenses may be reimbursed if authorized and approved by the Board.

ARTICLE SEVEN: MAIN STREET DIRECTOR

Section 7.1 Main Street Director: The Director shall be the central coordinator of the Main Street Athens program's activities. He or she shall oversee the daily operations of the program and focus on the downtown commercial district as defined by the Board. The Director reports to the Board Chair, subject to the policy and priority decisions of the Main Street Board.

Section 7.2 Responsibilities: The Main Street Director is expected to: (1) manage the administrative aspects of the program, including maintenance and upkeep of the website; (2) develop strategies for development in collaboration with the Board; (3) assist individual tenants or property owners with information on projects as possible; (4) help build strong, productive working relationships with partners; (5) develop and maintain systems to track the progress of the Main Street program; (6) represent Main Street Athens at the local, state and national levels; (7) coordinate activities of the Main Street committees; (8) prepare and submit the annual renewal application for continuation as a Tennessee and National Main Street program; (9) work with the coordinator/chairperson of major festivals and events in Downtown Athens, as needed.

The Board may add other specific responsibilities from time to time, remembering that the Director is not a substitute for working committees and volunteers within the organization' s structure. The Director is and serves as a facilitator, coordinating people and resources to help committee volunteers work efficiently and productively.

Section 7.3 Hiring and Annual Review Process: The Main Street Director shall meet no less than annually with a committee of the Officers of the Board to review the annual work plan and the work of the Director. This should be seen as a time for constructive and reflective evaluation of the Board work plan and the work of the Director in implementing the same. The Chair shall keep notes of the meeting, particularly noting successes and strengths but also concerns and what the consensus was to addressing the same. If not otherwise scheduled, this session shall be done in December of each year. A summary of the review shall be provided by the Chair to the Board in January of the year following the review. In the event of a vacancy in the Director's position, the Chair of the Board shall appoint a Search Committee to solicit resumes and conduct interviews with potential candidates. The selected candidate's name and resume for the Director's position will be presented to the Board of Directors for final approval by a majority vote of the Board.


ARTICLE EIGHT: DISSOLUTION CLAUSE

Section 8.1 Termination by Tennessee Main Street: Should the local Main Street organization be unwilling or unable to meet the terms of the Tennessee Main Street Program, the Tennessee Main Street Program may no longer grant state level designation. Under those circumstances, the Tennessee Main Street Program Director will lend a written report identifying the issues and providing guidance on how to proceed within a specified period of time. If the local Main Street program fails to make the recommended corrections, the Letter of Agreement with the local program will be terminated and the program will lose Tennessee Main Street Program designation. After the local Main Street Program Letter of Agreement is terminated, the community must reapply through the new program application process.

Section 8.2 Termination of Athens Main Street Program: Main Street of Athens may be dissolved only with authorization by its Board of Directors given at a special meeting called for that purpose and with subsequent approval by a two-thirds (2/3) vote of the Voting Members. Upon dissolution or other termination all remaining assets of Main Street of Athens, after payment in full of all its debts, obligations, and necessary final expenses, or after the making of adequate provision therefore, shall be distributed to local entities that have contributed to the operational expenses of the organization (i.e. City of Athens, Downtown Business Association and the Athens Area Chamber of Commerce) or as shall be acknowledged by the Board of Directors at that time.

ARTICLE NINE: BYLAW AMENDMENTS

Section 9.1 Procedure for Amendments: These bylaws may be amended by majority vote of the Board members present at any regular meeting of the Board.

Approved and adopted at a meeting of the Board on the 26th day of May, 2016.

_____
Chair                        Date

_____
Executive Director           Date


BYLAW AMENDMENTS:

ARTICLE EIGHT: Dissolution Clause containing Section 8.1 and Section 8.2 were added and approved by an electronic majority vote of the Board of Directors on Friday, August 19, 2016

_____
Chair                        Date

_____
Executive Director           Date