# EXHIBIT B

From: **Tyler Forrest** <tforrest@tnwesleyan.edu>
Date: Thu, Mar 26, 2026 at 3:25 PM
Subject: Termination Letter
To: sandra.kinney@gmail.com <sandra.kinney@gmail.com>, Main Street Athens <info@mainstreetathens.org>
Cc: Stuart Mason <unitvl@comcast.net>, Anne Montgomery <amontgomery@tnwesleyan.edu>, Justin Coffman <justin.coffman@lpnt.net>, John Gentry <jgentry@mcminncountytn.gov>, Jody Harrison <napaparts@comcast.net>, Brianna Baker <brianna@makeitinmcminn.org>, leaton@athenstn.gov <leaton@athenstn.gov>, Tyler Forrest <tforrest@tnwesleyan.edu>, Randall Dowling <rdowling@athenstn.gov>, Brian Key <brian@johnsonshomefurnishings.com>, Lindsey Ferguson <lindsey@makeitinmcminn.org>, of Commerce Athens Area Chamber <rob@athenschamber.org>, Jackie Newman <jackiefsnewman@gmail.com>, Amy Elkins <Amy.SouthernHomes@gmail.com>

Hi, Sandra –

This email is being sent on behalf of Stuart Mason, Chair of the Main Street Athens Board of Directors, who is traveling currently and unable to send it at that time. As a member of the Board, he asked that I send it in his place.

As you are aware, the Main Street Board of Directors met on Wednesday, March 18, 2026. During that meeting, a quorum was present, and a unanimous decision was made by those members present that your employment with Main Street Athens should be terminated, unless you chose to resign in lieu of termination. The attached letter was

prepared at that time to present to you on Thursday, March 19; however, you shared with Stuart Mason, Jody Harrison, and me that you preferred to resign instead. To date, you have not elected to share a resignation letter, so the attached is being sent to solidify the termination.

Your acting on behalf of Main Street Athens should cease immediately. This includes your hosting any and all events related to Main Street, one of which I believe is being held tonight. That event should be cancelled.

Should you have any further questions, please reach out to Stuart or me directly.

Thank you,

Tyler Forrest

On-behalf of Stuart Mason