# EXHIBIT C

March 19, 2026

Sandra Kinney
Director, Main Street Athens
3 West College Street

**Re: Notice of Termination of Employment**

Dear Sandra,

This letter serves as formal notice that your employment as Director of Main Street Athens is terminated effective March 19, 2026.

This decision was made following careful consideration by the Board of Directors and is final. The Board has determined that a change in leadership is necessary to move the organization forward.

This action is not a reflection of a single incident but rather the Board's assessment of the organization's current needs and long-term direction.

Final Pay and Benefits
You will receive your final paycheck in accordance with applicable policies and state law.

Return of Property
Please return all Main Street Athens property in your possession, including keys, documents, electronic devices, passwords, and records, by March 19, 2026.

Confidentiality and Records
We remind you of your continuing obligations regarding confidentiality and organizational records, as outlined in any agreements you have signed.

The Board appreciates your contributions to Main Street Athens and wishes you success in your future endeavors. Should you have questions regarding this notice, please direct them to Jody Harrison, Tyler Forrest or Stuart Mason.


Sincerely,

Stuart Mason
President, Main Street Athens