# EXHIBIT D



# OFFICE OF THE CITY MANAGER

**March 20, 2026**

**RE: Request of the Main Street Athens Board of Directors**

Dear Board Members:

After hearing about the unexpected and forced termination of the Main Street Director yesterday without much public notice, the City of Athens, as the primary funding source for the Main Street organization, Main Street Director's position, and a signatory on the 2026 Letter of Agreement between the Tennessee Main Street Program and the Athens Main Street Program that remains unsigned, is requesting an immediate review of the recent actions taken by the Main Street Board of Directors to terminate the Main Street Director.

The city is deeply concerned about the way the forced termination was conducted, if established organizational by-laws were followed, and the unfavorable position the city has been placed regarding the performance of several grant funded activities the city is responsible for completing in a timely manner. Without a seasoned Director and continuity of leadership, compliance, reporting, and operational oversight of the grants are not guaranteed and in jeopardy.

Given the seriousness of this specific situation and the potential harm that could come to the city, the city requests the Board of Directors to immediately provide documentation demonstrating all applicable by-laws, policies, procedures, notice requirements, quorum requirements, voting requirements, and any other governance obligations were fully followed in connection with both the meeting itself and the termination decision.

Specifically, the city is requesting documentation for the following:

1) How the special termination meeting was called and by whom in accordance with Section 4.3 of the by-laws.
2) Who prepared and how the agenda was sent to the Board members for the termination meeting in accordance with Section 4.2 of the by-laws.
3) The notice to the press in accordance with Section 4.1 of the by-laws.
4) Documentation that a quorum attended the termination meeting in accordance with Section 4.4 of the by-laws.

5) The minutes of the termination meeting, including motions and votes taken, and how each member voted in accordance with Sections 4.6 and 4.7 of the by-laws.
6) Documentation that the public was invited to the special termination meeting in accordance with Section 4.9 of the by-laws.
7) Documentation of any work-related issues, employee evaluations, employee write-ups, or employee work deficiencies in accordance with Section 7.3 of the by-laws.
8) Documentation that the Director is a full-time employee, adequately compensated, trained, has a written job description, and an annual evaluation as required by the Letter of Agreement with the Tennessee Main Street Program.
9) Documentation/opinion that the current auditing firm of Miller and McPhail is not a conflict of interest in accordance with state laws and city policies.
10) Any transition plans for continued leadership, grant administration, and ongoing operational responsibilities.

This request is made not only because of the city's financial support of the organization but also because of the city's responsibility to protect the public interests, ensure accountability of grant-funded work, and preserve the integrity and stability of downtown development efforts. The city is further deeply concerned about the potential consequences of the unexpected termination action that was taken including its impact on state-level relationships and positive standing/image with the Tennessee Main Street program.

The city requests/directs the Board to refrain from any additional personal actions or operational issues until the city has had an opportunity to review the circumstances and determine whether the Board's actions were consistent with its by-laws and applicable policies. To that end, the city still recognizes that Sandra Kinney is the Main Street Director.

Please provide the requested documentation to the City Manager as soon as possible but no later than Tuesday, March 24, 2026 at 5:00 p.m. After the requested documentation is received and evaluated by the city, a meeting between city officials and the Board of Directors will be needed to further discuss this situation to protect the integrity of the Main Street organization and the city.

The city looks forward to receiving the requested documents as soon as possible so a quick and reasonable resolution can be achieved prior to the March 31, 2026 agreement deadline.

Very truly yours,

Larry Eaton
Athens, TN Mayor

Randall Dowling
Athens, TN City Manager

815 NORTH JACKSON STREET
ATHENS, TENNESSEE