# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

SANDRA KINNEY, )
                               )
        Plaintiffs )
                               )
vs. )             No. 1:26-cv-00207
                               )
MAIN STREET OF ATHENS, INC., )
STUART MASON, MARILYN MILLER, )
ASHTON ROBINSON, TYLER )
FORREST, HUGH WILSON, III, )
JORDAN CURTIS, STEVE SHERLIN )
and PERRY MCCOWAN )
                               )
        Defendants )

## NOTICE OF APPEARANCE

Comes Jon M. Cope and Arthur F. Knight, III and give notice of their appearance as

counsel for the Defendants Main Street of Athens, Inc., Stuart Mason, Marilyn Miller, Ashton

Robinson, Tyler Forrest, and Hugh Wilson, III in the above matter.

Respectfully submitted, this 14th day of August 2026.

                                 */s/Jon M. Cope*
                                 Jon M. Cope    BPR #20031
                                 Stokes, Williams, Sharp, Cope & Mann, P.C.
                                 Post Office Box 2644
                                 Knoxville, Tennessee  37901
                                 865.544.3833
                                 Jon@stokeswilliams.com

                                 */s/Arthur F. Knight, III*
                                 Arthur F. Knight, III    BPR #016178
                                 3248 Tazewell Pike, Suite 103
                                 Knoxville, Tennessee 37918
                                 865.252.0430
                                 Art@artknightlaw.com
                                 *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

Brandon J. Smith, Esq.
Dylan Harper, Esq.
Andrew Wilson, Esq.
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
1221 Broadway, Suite 2100
Nashville, Tennessee 37203
bsmith@holtzmanvogel.com
dharper@holtzmanvogel.com
awilson@holtzmanvogel.com

This 14th day of August 2026.

*/s/Jon M. Cope*
Jon M. Cope

2