**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **SANDRA KINNEY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MAIN STREET OF ATHENS, INC., STUART MASON, MARILYN MILLER, ASHTON ROBINSON BURROWS, TYLER FORREST, HUGH WILLSON, III, JORDAN CURTIS, STEVE SHERLIN, and PERRY McCOWAN,**<br><br>**Defendants.** | ) | **Case No.: 1:26-cv-00207** |

**NOTICE OF APPEARANCE**

Please be advised that Arthur F. Knight, III, hereby enters an appearance on behalf of Defendants Main Street of Athens, Inc., Stuart Mason, Marilyn Miller, Ashton Robinson Burrows, Tyler Forrest, and Hugh Willson, III, and asks that this appearance be entered in the record of this case.

Respectfully submitted this 17th day of May, 2026.

**LAW OFFICE OF ARTHUR F. KNIGHT, III**


*/s/ Arthur F. Knight, III*
Arthur F. Knight, III, BPR# 016178
3248 Tazewell Pike, Suite 103
Knoxville, Tennessee 37918
(865) 252-0430
art@artknightlaw.com

*Attorney for Defendants Main Street of Athens, Inc., Stuart Mason, Marilyn Miller, Ashton Robinson Burrows, Tyler Forrest and Hugh Willson, III*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2025, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III